UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **REGGIE JACKSON,**<br><br>Plaintiff,<br><br>vs.<br><br>**FORD MOTOR COMPANY,**<br><br>Defendant. | **2:23-CV-12563-TGB-DRG**<br><br>**ORDER DISMISSING CASE** |

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff Reggie Jackson, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

      /s/ Terrence G. Berg
TERRENCE G. Berg
United States District Judge

Dated: November 8, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager, in the absence of
Amanda Chubb
(313) 234-5126